This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: July 17, 2007

Donald E. Calhoun, Jr.
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ECOPave, Inc.

                Debtor.

Case No. 01-63167
Chapter 7
Judge Calhoun

### ORDER RELEASING UNCLAIMED DIVIDENDS

This matter came on to be considered on the Motion For Order Releasing Unclaimed Dividends filed by Stockholders Hugh W. Marcy and Marcy Trust, Hugh Marcy, Trustee, on June 21, 2007 (Document #68). There being no requests for hearing or objections to the Motion within the time permitted for the same,

**IT IS, THEREFORE, ORDERED:**

The Motion is granted and the Clerk is hereby ordered to release unclaimed dividends in the amount of $12,808.28 to Hugh W. Marcy c/o Marissa Marcy, 1165 Lake Road, Conneaut, OH 44030, and unclaimed dividends in the amount of

$5,241.32 to Marcy Trust, Hugh Marcy, Trustee, c/o Marissa Marcy, 1165 Lake Road, Conneaut, OH 44030.

**Names and Addresses of Parties Served:**

Timothy M. Cooper, Esq.
Morrow, Gordon & Byrd, Ltd.
PO Box 4190
Newark, OH 43058-4190

Sara J. Daneman
Chapter 7 Trustee
62 Mill Street
Gahanna, OH 43230

Hugh W. Marcy
c/o Marissa Marcy
1165 Lake Road
Conneaut, OH 44030

Marcy Trust, Hugh Marcy, Trustee
c/o Marissa Marcy
1165 Lake Road
Conneaut, OH 44030

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Office of the United States Attorney
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215

James R. Cooper, Esq.
Morrow, Gordon & Byrd, Ltd.
PO Box 4190
Newark, OH 43058-4190

ECOPave, Inc.
905 River Road
Granville, OH 43023

###