**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

                                                                   Case No. 01-63167

        ECOPave, Inc.

             Debtor(s)           /

## AMENDED APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $9,947.06 was issued by the trustee to Lincke Beatty Cramp Kaufman and Lincke, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

**CREDITOR'S** current address, phone number and social security number are:

        Beatty Lincke
        Attn: William P. Lincke - Manager
        200 Old Forge Lane Suite 202
        Kennett Square, PA 19348
        610-388-9555
        Last Four Digits of SSN or Tax ID: 5170

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Lincke Beatty Cramp Kaufman and Lincke c/o Joseph W. Kauffman, Esq, 215 North Olive Street, Media, PA 19063. The correct and complete name of the company is Beatty, Cramp, Kaufman & Lincke, which used the address in Media, PA, as evidenced by exhibit A. That mailing address is no longer valid for the Creditor. In 2003, Beatty, Cramp, Kaufman & Lincke changed its name to Beatty Lincke, as evidenced by exhibit B.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Southern District of Ohio has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Beatty Lincke, creditor, hereby petitions the Court for $9,947.06, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE**, an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of <u>Beatty Lincke c/o Dilks & Knopik, LLC</u>, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: <u>P.O. Box 2728, Issaquah, WA 98027.</u>

            Respectfully Submitted:

Dated: July 12, 2010

            <u>/s/ Brian J. Dilks</u>
            Managing Member
            Dilks & Knopik, LLC
            PO Box 2728
            Issaquah, WA 98027
            Brian.dilks@dilksknopik.com

            *Attached is a copy of Brian J. Dilks' Photo Identification.

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Beatty Lincke is legally entitled to the unclaimed funds referenced in this application.


Dated July 12, 2010

<u>/s/ Brian J. Dilks</u>
Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
Brian.dilks@dilksknopik.com

# United States Bankruptcy Court for the
## Southern District of Ohio, Eastern Division
## Columbus Divisional Office

IN RE:

Case No. 01-63167

ECOPave, Inc.

Debtor(s) /

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on <u>July 12, 2010</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following via U.S. Mail:

| | |
|---|---|
| U.S. Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard – Suite 200<br>Columbus, OH 43215 | Office of the US Trustee<br>170 N. High Street, Suite 200<br>Columbus, OH 43215 |
| ECOPave, Inc.<br>Debtor<br>905 River Rd<br>Granville, OH 43023 | Sara J. Daneman<br>Case Trustee<br>62 Mill Street<br>Gahanna, OH 43230 |

Notice is further given that a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following via Electronic Mail:

James R. Cooper
Debtor Attorney
jcooper@msmisp.com

**Unless a response is filed to this Application within twenty-one (21) days of service hereof an Order will be submitted to the Court granting this Application for Release of Unclaimed Funds.**

Dated: July 12, 2010

<u>/s/ Brian J. Dilks</u>
Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

                                                  Case No. 01-63167

    ECOPave, Inc.

            Debtor(s)        /

**NOTICE OF MOTION/OBJECTION**

Dilks & Knopik, LLC has filed papers with the court to obtain the release of unclaimed funds owing to **Beatty Lincke**.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular US Mail to U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF system.

Dated: July 12, 2010

                                      /s/ Brian J. Dilks
                                      Managing Member
                                      Dilks & Knopik, LLC
                                      PO Box 2728
                                      Issaquah, WA 98027
                                      **Brian.dilks@dilksknopik.com**

LAW OFFICES

# BEATTY, CRAMP, KAUFFMAN & LINCKE

215 N. OLIVE STREET
P.O. BOX 901
MEDIA, PENNSYLVANIA 19063
(610) 565-8800
FAX (610) 565-8127

LEWIS B. BEATTY, JR.
JOSEPH W. KAUFFMAN
DAVID J. OTIS
DAVID G. BLAKE
WILLIAM P. LINCKE
NATALIE M. HABERT*
PETER W. DICCE
KATHERINE J. DICKINSON
FRANCES M. PICCOLI
REGINA M. MacKENZIE*
*Also Member N.J. Bar

OF COUNSEL
JOHN F. CRAMP
RALPH B. D'IORIO
ROBERT C. GRASBERGER
GEORGE J. McCONCHIE

JOSEPH R. YOUNG
(1921-1993)

May 27, 1997



Re: Estate of

Dear Michael:

In response to your letter of May 20, 1997 I had forwarded your letter of April 10, 1997 along to the client. I have had no response.

Very truly yours,

Bill

William P. Lincke

WPL: mer
cc:

Exhibit A
Page 1 of 1



LEWIS B. BEATTY, JR.
WILLIAM P. LINCKE
NATALIE M. HABERT*
REGINA M. MACKENZIE*
BERETH GRAEFF*
VICKI L. KUSHTO
FRANCES S. RATNER**
*ALSO A MEMBER OF N.J. BAR
^ALSO A MEMBER OF DELAWARE BAR

# BEATTY LINCKE

200 OLD FORGE ROAD
SUITE 202
KENNETT SQUARE, PA 19348

TELE: 610-388-9555
FAX: 610-388-9950

334 W. FRONT STREET
MEDIA, PA 19063

TELE: 610-565-8800
FAX: 610-565-8127

July 1, 2010

Dilks & Knopik, LLC
1760 Newport Way NW
Issaquah, WA 98027

RE: Unclaimed Funds Owing to Beatty Lincke

To whom it may concern,

    Beatty Lincke changed it's name from Beatty, Lincke, Kauffman and Lincke January 2003. The Official name is now Beatty Lincke.

If you have any further questions, please don't hesitate to contact our firm.

Sincerely,

William P. Lincke
Beatty Lincke